UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA DOLAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation; FARELLA BRAUN + MARTEL, LLP LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No. CV 11-1562 PJH<br><br>[~~PROPOSED~~] ORDER UPON STIPULATION TO DISMISS FARELLA BRAUN + MARTEL LLP LONG TERM DISABILITY PLAN |

IT IS HEREBY ORDERED that defendant FARELLA BRAUN + MARTEL LLP LONG TERM DISABILITY PLAN (the "Plan") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss the Plan and the dismissal of the Plan. The Prudential Insurance Company of America shall remain the only named defendant.

IT IS SO ORDERED.

Dated: __4/26/11_____       _____
　　　　　　　　　　　　　　　　　　　　　United States District
　　　　　　　　　　　　　　　　　　　　　[Stamp: IT IS SO ORDERED. Judge Phyllis J. Hamilton]

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

117943.1

1   Case No. CV 11-1562 PJH
    [PROPOSED] ORDER UPON STIPULATION TO DISMISS