Neil D. Eisenberg (SBN 058934)
Eisenberg Law Office
582 Market Street, Suite 912
San Francisco, CA 94104
Tel: 415.956.3567
Fax: 415.956.2937
Email: ndesf@aol.com

Attorney for Plaintiff
LINDA DOLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA DOLAN,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation; FARELLA BRAUN + MARTEL, LLP LONG TERM DISABILITY PLAN,<br><br>    Defendants. | No. CV-11-01562 PJH<br><br><s>EX PARTE</s> ORDER RE STIPULATION FOR PLAINTIFF TO FILE ADR CERTIFICATE |

Upon Stipulation between counsel and GO0D CAUSE APPEARING,

IT IS HEREBY ORDERED that Plaintiff may have until July <s>22</s> 14, 2011 to file her complete ADR CERTIFICATION BY PARTIES AND COUNSEL.

DATED: 6/24/11 _____

_____
JUDGE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

---

EX PARTE ORDER RE STIPULATION FOR PLAINTIFF TO FILE ADR CERTIFICATE
No. CV-11-01562 PJH                                                                                           1