# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LINDA DOLAN,

CASE NO. CV11-1562 PJH

Plaintiff(s),

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a
New Jersey corporation; FARELLA BRAUN + MARTEL, LLP
LONG TERM DISABILITY PLAN,

Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

[X] Private ADR *(please identify process and provider)* Private Mediation, JAMS, Michael Loeb, Esq.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

[X] other requested deadline 120 days from the date of the order referring case to ADR process

Dated: July 12, 2011

Attorney for Plaintiff
Linda Dolan

Dated: July 12, 2011

//s/Allison Vana
Attorney for Defendant
The Prudential Insurance Company of America

NDC-ADR6

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [ ] Mediation
- [X] Private ADR

Deadline for ADR session

- [ ] 90 days from the date of this order.
- [X] other 120 days from the date of this order.

IT IS SO ORDERED.

Dated: 7/13/11

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton