UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA DOLAN,

        Plaintiff(s),

   v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,

        Defendant(s).
_____/

No. C 11-1562 PJH

**ORDER TO SHOW CAUSE**

Plaintiff's counsel of record and lead counsel for this case having failed to appear at the case management conference on July 14, 2011, as required by Civil Local Rule 16-10(a) and having sent "appearance counsel" in his stead and defendants' counsel having traveled from southern California to attend the conference as ordered,

THE COURT hereby issues an ORDER TO SHOW CAUSE ("OSC") why Neil Eisenberg should not be sanctioned for failure to comply with the court's order. Defendants' counsel is invited to file a declaration setting forth the unnecessary expenses incurred by her clients for her appearance at the case management conference.

The hearing on the order to show cause will be held on August 11, 2011, at 2:00 p.m. Mr. Eisenberg may, but is not required to respond to the OSC in writing in advance of the hearing.

**IT IS SO ORDERED.**

Dated: July 15, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge