# EISENBERG LAW OFFICE

**NEIL D. EISENBERG**

THE HOBART BUILDING
582 MARKET STREET
SUITE 912
SAN FRANCISCO, CALIFORNIA 94104
Tel: (415) 956-3567
Fax: (415) 956.2937

A PROFESSIONAL CORPORATION

July 15, 2011

VIA FEDERAL EXPRESS
Judge Phyllis J. Hamilton
United States District Court
1301 Clay Street
Courtroom 3, 3rd Flr
Oakland, CA 94612

Re:     *Linda Dolan v. Prudential,* US District Court, N.D. Cal.-OAK CV 11 1562 PJH

Dear Judge Hamilton:

You have scheduled the Order to Show Cause for a Thursday, August 11, 2011.  Your calendar secretary indicates that you only have Wednesdays at 9 a.m. available.  Could you please reset this hearing for Wednesday, August 17, 2011 at 9:00 a.m.?  Thank you.

Sincerely,

/s/ Neil D. Eisenberg

Neil D. Eisenberg

Cc:  *Via Facsimile and US Mail*
Linda Lawson, Esq.

7/19/11



UNITED STATES DISTRICT COURT

DENIED

Judge Phyllis J. Hamilton

NORTHERN DISTRICT OF CALIFORNIA