UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA DOLAN,

        Plaintiff(s),                      No. C 11-1562 PJH

     v.                                   **ORDER**

PRUDENTIAL INSURANCE COMPANY
OF AMERICA, et al.,

        Defendant(s).
_____/

       The court has reviewed the declaration and subsequently filed letter from plaintiff's counsel, Neil Eisenberg, in response to the order to show cause ("OSC") issued following his failure to appear at the case management conference on July 14, 2011, in violation of Civil Local Rule 16-10(a). Based upon the reasons provided and his representation that defendant is not seeking sanctions, the court hereby DISCHARGES the OSC. The August 11, 2011 date for hearing on the OSC is VACATED.

       Lead counsel for each party must still, however, appear at an initial case management conference. Case management conferences are held on Thursdays at 2:00 p.m. As it is unclear from Mr. Eisenberg's letter on which Thursdays he is unavailable, counsel may confer and select any mutually agreeable Thursday in the next 60 days, and file a stipulation to that effect.

       **IT IS SO ORDERED.**

Dated: July 21, 2011

                                                      _____
                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge