Neil D. Eisenberg (SBN 058934)
Eisenberg Law Office
582 Market Street, Suite 912
San Francisco, CA 94104
Tel: 415.956.3567
Fax: 415.956.2937
Email: ndesf@aol.com

Attorney for Plaintiff
LINDA DOLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA DOLAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation; FARELLA BRAUN + MARTEL, LLP LONG TERM DISABILITY PLAN,<br><br>　　　Defendants. | No. CV-11-01562 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>DATE:  September 1, 2011<br>TIME:   2:00 p.m.<br>LOCATION:<br>Before Judge Phyllis J. Hamilton<br>1301 Clay Street, Courtroom 3, 3rd Flr<br>Oakland, CA 94612<br><br>Complaint filed:  March 31, 2011 |

　　　IT IS HEREBY STIPULATED by and between parties through their respective counsel that the Case Management Conference shall be continued from August 11, 2011 to September 1,

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE  No. CV-11-01562  PJH

2011 at 2:00 p.m. in the courtroom of Judge Phyllis J. Hamilton, 1301 Clay Street, Courtroom 3, 3rd Floor, Oakland, CA.

EISENBERG LAW OFFICE

DATED: July 22, 2011          By:/s/ Neil D. Eisenberg
                                  Neil D. Eisenberg
                                  Attorney for Plaintiff
                                  LINDA DOLAN


MESERVE, MUMPER & HUGHES, LLP

DATED July 22, 2011           By: /s/ Linda M. Lawson
                                  Linda M. Lawson
                                  Allison Vana
                                  Attorneys for Defendant
                                  THE PRUDENTIAL INSURANCE COMPANY
                                  OF AMERICA

ORDER

For good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference be set for September 1, 2011 at 2:00 p.m.

DATED: 7/25/11 _____          _____
                                          JUDGE
                                          United States District Judge
                                          Judge Phyllis J. Hamilton

IT IS SO ORDERED

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE  No. CV-11-01562  PJH