AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

LINDA DOLAN

Plaintiff (s),

V.

THE PRUDENTIAL INSURANCE CO.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 11-1562 (PJH)

Notice is hereby given that, subject to approval by the court, __Linda Dolan__ substitutes
(Party (s) Name)

__James P. Keenley__, State Bar No. __253106__ as counsel of record in
(Name of New Attorney)

place of __Neil Eisenberg__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Bolt-Keenley |
| Address: | 1010 Grayson St, Suite 2, Oakland, CA 94710 |
| Telephone: | (510) 225-0696    Facsimile (510) 225-1095 |
| E-Mail (Optional): | jim@boltkeenley.com |

I consent to the above substitution.

Date: _____

_See attached Notice of Substitution_
(Signature of Party (s))   of Attorney

I consent to being substituted.

Date: 8/29/11

/s/ Neil Eisenberg
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____

See attached Notice of Substitution of Attorney
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/30/11

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
BOLT · KEENLEY - ATTORNEYS AT LAW
1010 Grayson Street, Suite Two
Oakland, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Linda DOLAN, | Case No.: CV 11-1562 (PJH) |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation, | |
| Defendant. | |

Please take notice that Bolt · Keenley - Attorneys at Law is hereby substituted for Neil D. Eisenberg, Eisenberg Law Office, as counsel for Plaintiff in this action. All future communications regarding this case should be directed to James Keenley at Bolt·Keenley. James Keenley's contact information is as follows:

James P. Keenley
Bolt·Keenley - Attorneys at Law
1010 Grayson Street, Suite Two
Berkeley, CA 94710
Telephone: (510) 225-0696
Facsimile: (510) 225-1095
jim@boltkeenley.com

CASE NO. CV 11-1562 (PJH)                                              1                                              NOTICE OF SUBSTITUTION OF COUNSEL

1  Dated: August 24, 2011              Respectfully submitted,

2                                       BOLT · KEENLEY - ATTORNEYS AT LAW

3
4                                       By: _____
                                            James P. Keenley
5
6                                       *Attorneys for Plaintiff*

7
8      I consent to the above substitution.

9
10 Dated: August 24, 2011              By: _____
11                                          Linda Dolan
12                                      *Plaintiff*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. CV 11-1562 (PJH)                  2                NOTICE OF SUBSTITUTION OF COUNSEL

1  Linda Dolan v. Prudential, Farella
2  USDC, ND Cal CV-11-01562 PJH

3
4                              PROOF OF SERVICE

5    I, the undersigned, declare as follows:
6    I am employed by the Eisenberg Law Office in the City and County of San Francisco, State of California; am over eighteen years of age and not a party to the within action; my
7  business address is 582 Market Street, Suite 912, San Francisco, CA  94104.
    I am readily familiar with my employer's practices for collection and processing of
8  correspondence for mailing with the United States Postal Service.
9    On the date below, I served a copy of the following document:

10  **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

11  on the interested party by placing a true copy of the above-referenced document enclosed in
    sealed envelope, with postage fully prepaid, in the United States mail at San Francisco,
12  California, addressed as follows:
    Linda Dolan
13  17 Brookside Court
    Novato, CA 94947
14

15
16
17
18  (X)        **U.S. MAIL:** I am personally and readily familiar with the business practice of
               Eisenberg Law Office for collection and processing of correspondence for mailing
19             with the United States Postal Service, pursuant to which mail placed for collection
               at designated stations in the ordinary course of business is deposited the same day,
20             proper postage prepaid, with the United States Postal Service.

21  ( )        **BY PERSONAL DELIVERY:** I caused true and correct copies of the above
22             documents to be placed and sealed in envelope(s) addressed to the addressee(s)
               and I caused such envelope(s) to be delivered by hand on the office(s) of the
23             addressee(s).

24  ( )        **BY FACSIMILE:** I caused a copy(ies) such document(s) to be sent by facsimile
25             transmission. The fax number of the machine from which the document was
               transmitted was (415) 956-2937. The fax number(s) of the machine(s) to which
26             the document(s) were transmitted are listed above. A confirmation was received
               stating the transmission was completed.
27
28
                                          1
PROOF OF SERVICE CV-11-01562 PJH

1  ( )   **OVERNIGHT DELIVERY:**   I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility regularly maintained by **FEDERAL EXPRESS** with delivery fees provided for, addressed to the person(s) on whom it is to be served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **August 29, 2011**, at San Francisco, California.

_____
Lee Heller

2

PROOF OF SERVICE CV-11-01562 PJH