James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
BOLT · KEENLEY - ATTORNEYS AT LAW
1010 Grayson Street, Suite Two
Oakland, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Allison Vana (Bar No. 228282)
avana@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

*Attorneys for Defendant*
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Linda DOLAN, | Case No.: CV 11-1562 (PJH) |
| Plaintiff, | **STIPULATION REGARDING DISCOVERY AND THE STANDARD OF REVIEW; [PROPOSED] ORDER APPROVING STIPULATION** |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation, | |
| Defendant. | |

CASE NO. CV 11-1562 (PJH)     1     STIPULATION REGARDING DISCOVERY AND THE STANDARD OF REVIEW

1
2   WHEREAS, on September 1, 2011, the parties participated in a case management
3   conference during which the Court ordered the parties to resolve issues pertaining to the
4   applicable standard of review in 60 days; and
5   WHEREAS, the parties have met and conferred regarding the standard of review and
6   related issues and have reached an agreement as to the applicable standard of review and scope
7   of discovery;
8   IT IS THEREFORE STIPULATED AS FOLLOWS:
9   The parties agree that the Court should apply a *de novo* standard of review to Plaintiff's
10  claim and, if this stipulation is approved by the Court, that no discovery will be conducted.  The
11  parties reserve the right to bring evidentiary motions related to the content of the administrative
12  record within the motions deadline already established by the Court.

Dated:  November 1, 2011               BOLT · KEENLEY - ATTORNEYS AT LAW

                                        By: */s/ James P. Keenley*
                                            James P. Keenley
                                            *Attorneys for Plaintiff*

Dated:  November 1, 2011               MESERVE, MUMPER & HUGHES LLP

                                        By: */s/ Allison Vana*
                                            Linda M. Lawson
                                            Allison Vana
                                            *Attorneys for Defendant*
                                            THE PRUDENTIAL INSURANCE
                                            COMPANY OF AMERICA

1

## [~~PROPOSED~~] ORDER APPROVING STIPULATION

The Court, having considered the submissions of the parties and good cause showing, approves the parties' stipulation as to the appropriate standard of review and scope of discovery. The Court will apply a *de novo* standard of review to Plaintiff's claim and there will be no discovery by either party.

IT IS SO ORDERED.

Dated: 11/3/11

