UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA DOLAN,

    Plaintiff,

    v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

_____/

No. C 11-1562 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on the parties' cross-motions for judgment pursuant to Rule 52, which was previously set for March 7, 2012, at 9:00 a.m., has been CONTINUED to April 4, 2012, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612.

**IT IS SO ORDERED**.

Dated: February 28, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge