UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA DOLAN,

      Plaintiff(s),                                       No. C 11-1562 PJH

    v.                                              **JUDGMENT**

PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant(s).
_____/

      This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion for judgment and having denied plaintiff's motion for judgment

      it is Ordered and Adjudged

      that the complaint is dismissed with prejudice.

      IT IS SO ORDERED.

Dated: May 11, 2012

                                                          _____
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge